IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

ROSIE K. HARRIS                                                                                     PLAINTIFF

v.                                                                                          No. 1:04CV44-P-A

SHERIFF BUTCH HOWARD, ET AL.                                                          DEFENDANTS

## ORDER OF DISMISSAL

The court takes up, *sua sponte*, the dismissal of this cause. On March 5, 2004, the court entered an order requiring the plaintiff to keep the court informed of her current address. The order cautioned the plaintiff that failure to comply with the order would lead to the dismissal of the instant case. Despite this warning, the plaintiff has failed to comply with the court's order; the court has received returned mail from the plaintiff's last known address. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under FED. R. CIV. P. 41(b).

**SO ORDERED,** this the 1st day of November, 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE